IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARSHELL CURLEY, et al., | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:17-CV-02858-TCB |
| $972,415.47 in U.S. CURRENCY, | |
| Defendant. | |

## **O R D E R**

On this date, potential claimant Rodney McCrae contacted the chambers of the undersigned and requested the opportunity to obtain counsel to represent him in this matter. As the docket reflects, the Clerk entered default against Mr. McCrae on May 17, 2018, pursuant to Federal Rule of Civil Procedure 55(a). Although the Federal Rules authorize a Court to set aside a Clerk's entry of default for good cause, see Fed. R. Civ. P. 55(c), Mr. McCrae has not filed any motion seeking such relief or made any appearance in this case whatsoever.

A mediation in this case is currently set for tomorrow, June 7, 2018. Given Mr. McCrae's communication with the Court, I conclude that the mediation should be postponed to allow Mr. McCrae the opportunity to file a motion to set aside the

Clerk's entry of default. If Mr. McCrae intends to file such a motion, he must do so on or before **June 20, 2018**.

The mediation set for tomorrow is hereby **CANCELLED** and will be rescheduled at a later date.

The Clerk is **DIRECTED** to mail a copy of this Order to Mr. McCrae at the address he provided to the Court today: 65 Blunt Road, Springfield, MA, 01109.

**SO ORDERED**, this 6th day of June, 2018.

_____
CATHERINE M. SALINAS
United States Magistrate Judge